**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 29, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78217 | Mark Knight vs. State of Missouri |
| WD78375 | Tony Lamar Putman vs. State of Missouri |
| WD78845 | Michael Rauch vs. State of Missouri |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77817 | State of Missouri vs. Joseph M. Braughton |
| WD78002 | State of Missouri vs. Joshua A. Coleman |
| WD78022 | State of Missouri vs. Beth Ann Lowery |
| WD78529 | State of Missouri vs. Jerry L. Reece |